OFFICE OF DISCIPLINARY COUNSEL *v.* BILLSON.

[Cite as Disciplinary Counsel *v.* Billson (1988), 39 Ohio St. 3d 604.]

(No. D.D. 88-9—Submitted September 8, 1988—Decided November 2, 1988.)

T. Michael Billson is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.